

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Johnnie Hargrave,          * From the 91st District Court
of Eastland County,
Trial Court No. CV1744561.

Vs. No. 11-23-00124-CV      * June 29, 2023

Brecha Roja Land Co., LLC,      * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Johnnie Hargrave's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Johnnie Hargrave.